FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 13, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RENEVEV G., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, Acting Commissioner of Social Security,[1] <br><br> Defendant. | No.   2:24-cv-294-EFS <br><br> **ORDER DISMISSING APPEAL** |

Plaintiff Renevev G. filed this lawsuit to appeal the partial denial of benefits by the Administrative Law Judge (ALJ). However, after conferring with counsel further, Plaintiff moves to withdraw her appeal. Plaintiff's counsel avers that defense counsel has no objection to this request. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

---

[1] Carolyn Colvin is now the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d) and 42 U.S.C. § 405(g), she is hereby substituted for Martin O'Malley as the Defendant.

ORDER DISMISSING CASE - 1

1. Plaintiff's Motion to Withdraw Appeal, **ECF No. 11**, is **GRANTED.**

2. This appeal is **DISMISSED**.

3. All hearings and other deadlines are **STRICKEN.**

4. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 13th day of January 2025.

*Edward F. Shea*
EDWARD F. SHEA
Senior United States District Judge